**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6023**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHRISTOPHER LEE YATES,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:19-cr-00019-GMG-RWT-1)

Submitted:  May 22, 2025                          Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Lee Yates, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Yates appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part B, Subpart 1, of Amendment 821 to the Sentencing Guidelines. We conclude that the district court adequately explained its reasons for denying Yates's motion and that the court did not abuse its discretion in finding that Yates was ineligible for relief and that a reduction was not warranted in any event based on its assessment of the 18 U.S.C. § 3553(a) factors. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standards). Accordingly, we affirm the district court's judgment. *United States v. Yates*, No. 3:19-cr-00019-GMG-RWT-1 (N.D. W. Va. Dec. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2